**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Delancy Wilkinson, | ) | |
| | ) | Case No. 1:10-mj-026 |
| Defendant. | ) | |

___

Before the court is the Government's Motion to Dismiss Complaint pursuant to Rule 48 of the Federal Rules of Criminal Procedure. The court **GRANTS** the Government's motion (Docket No. 3). The above-entitled action is **DISMISSED**.

**IT IS SO ORDERED.**

Dated this 15th day of April, 2010.

              */s/ Charles S. Miller, Jr.*
              Charles S. Miller, Jr.
              United States Magistrate Judge